# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

ROGER DEAN MATICE,      §
ID No. 47448-379      §
     §
v.      §       CIVIL ACTION NO. 3:19-CV-300-S-BH
     §
M. UNDERWOOD, Warden      §

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 11. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Petitioner's Motion for Award of Good Time Under Title 28 USC §2241 [ECF No. 3] is **DISMISSED** for lack of jurisdiction.

A certificate of appealability is not required for a federal inmate to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F.3d 424, 425 (5th Cir. 2005). If Petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED.**

SIGNED November 29, 2021.

_____
**UNITED STATES DISTRICT JUDGE**